912 A.2d 201

**Gail L. ULRICH, Appellant,**

v.

**Richard I. HEATH, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2006.

Decided Dec. 21, 2006.

Ronald McGlaughlin, Esq., Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., State College, for Gail L. Ulrich.

Peter McManamon, Esq., Henry & Corcelius, Huntingdon, for Richard I. Heath.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## ORDER

PER CURIAM.

The Court being evenly divided, the Order of the Superior Court is affirmed.

Justice NEWMAN did not participate in the consideration or decision of this case.